# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | |
|---|---|
| **DARREN B. McMILLAN,** | )<br>) |
| Plaintiff, | ) Case No. 2:18CV00032<br>) |
| v. | ) **JUDGMENT**<br>) |
| **ANDREW SAUL,**<br>**COMMISSIONER**<br>**OF SOCIAL SECURITY,** | ) By: James P. Jones<br>) United States District Judge<br>)<br>) |
| Defendant. | ) |

Summary judgment having been granted, it is **ORDERED AND ADJUDGED** that the final decision of the Commissioner of Social Security denying benefits is AFFIRMED.

The Clerk shall close the case.

ENTER: January 29, 2020

/s/ JAMES P. JONES
United States District Judge